IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY BLANCHARD,

    Petitioner,

v.                                                          CASE NO. 1:07-cv-00205-MP-AK

JAMES R. MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Tuesday, October 16, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Court agrees with the Magistrate that while jurisdiction is appropriate in either this district or in the Middle District of Florida, because Petitioner challenges his conviction out of the Circuit Court of Duval County, Florida, the most convenient forum pursuant to 28 U.S.C. § 2241(d) is the United States District Court for the Middle District of Florida. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this  *19th* day of December, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
